IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

DENNIS D. McCAUGHEY, :
:
Plaintiff(s), :
: Case Number: 1:02cv732
vs. :
: District Judge Susan J. Dlott
CITY OF BLUE ASH, et. al., :
:
Defendant(s). :

ORDER

All pending Motions in Limine (Docs. 89, 90, 93, 94, 98, 99, 100 and 102) are hereby DISMISSED without prejudice subject to refiling within 30 days of the trial scheduled for October 7, 2008.

IT IS SO ORDERED.

_____
Susan J. Dlott
United States District Judge